# UNITED STATES DISTRICT COURT
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 20 PM 5: 21

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| In the matter of the complaint of Savannah Marine Services, Inc., owner of the towing vessel SARA KAITLIN, for Exoneration from or Limitation of Liability<br>***<br>Savannah Marine Services, Inc.<br><br>Third Party Plaintiff,<br><br>v.<br>Marinex Construction Company, Inc. | Case No. cv-407-064<br><br>**Appearing on behalf of:** Claimants, SC Department of Transportation and Beaufort-Jasper Water and Sewer Authority |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 20th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

NAME OF PETITIONER:    Marvin D. Infinger
Haynsworth Sinkler Boyd, PA
PO Box 340
Charleston, SC 29402
843/722-3366
843/722-2266 (fax)
minfinger@hsblawfirm.com

Charleston: 439900 v.1