ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT 2007 AUG -6 AM 8: 42
FOR THE DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) <br> OF SAVANNAH MARINE SERVICES, ) <br> INC., owner of the towing vessel ) <br> SARA KAITLIN, FOR EXONERATION ) <br> FROM OR LIMITATION OF LIABILITY ) <br> ) <br> *** ) <br> SAVANNAH MARINE SERVICES, ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARINEX CONSTRUCTION ) <br> COMPANY, INC., ) <br> ) <br> Third Party Defendant. ) <br> ) | C.A. No. cv-407-064 <br><br> **Appearing on behalf of**: Beaufort County <br> South Carolina |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission
*pro hac vice* have been satisfied, **Petitioner**'s request to appear *pro hac vice*
in the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This ___3___ day of August, 2007

_____
UNITED STATES DISTRICT JUDGE

NAME OF PETITIONER:    S. Scott Bluestein, Esquire
Bluestein Law Firm, P.A.
1040 e-Wall Street
Mount Pleasant, SC 29464
Post Office Box 22253
Charleston, SC 29413-2253
Telephone: 843-577-3092
Facsimile: 843-577-3093
Email: boatinglaw@bellsouth.net