FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 24 PM 3: 50

CLERK
SO. DIST. OF GA.

RECEIVED
DATE 8/23/07
DEPUTY CLERK
SOUTHERN DISTRICT OF GA.
SAVANNAH, GEORGIA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SAVANNAH MARINE SERVICES, INC., Owner of the towing vessel SARA KAITLIN, FOR EXONERATION FROM OR LIMITED LIABILITY | CIVIL ACTION NO. 4:07-cv-00064-JFN |
| *** | |
| SAVANNAH MARINE SERVICES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MARINEX CONSTRUCTION COMPANY, INC.,<br><br>Third-Party Defendant. | CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE OF CLAIM OF CITY OF BEAUFORT |

Upon motion by Claimant City of Beaufort, by and with the consent of all parties, and pursuant to Rule 41(a) FRCP, the claim of the City of Beaufort in this action is hereby dismissed, without prejudice.

AND IT IS SO ORDERED.

Savannah, Georgia

August 24th, 2007

_____
John F. Nangle
United States District Judge